Steven R. Klein (014451981)
Jason R. Melzer (27742003)
Elizabeth A. Carbone (116052014)
**Cole Schotz P.C.**
A Professional Corporation
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-800
(201) 489-3000
(201) 489-1536/Fax

Steven M. Hartmann (*pro hac vice* application pending)
Elizabeth L. Janczak (*pro hac vice* application pending)
**Freeborn & Peters LLP**
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
(312) 360-6520/Fax

*Attorneys for Plaintiffs/Counterclaim Defendants Transamerica Life Insurance Company and Transamerica Premier Life Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY and TRANSAMERICA PREMIER LIFE INSURANCE COMPANY,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>DAIBES GAS HOLDINGS ATLANTA, L.L.C., REB OIL OF ALABAMA, LLC, FRED A. DAIBES, 1096-1100 RIVER ROAD ASSOCIATES, L.L.C., LYNDHURST RESIDENTIAL COMMUNITIES, LLC, and PORTSIDE GORGE ASSOCIATES, L.L.C.,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 18-CV-10869 (SRC)(CLW)<br><br>*Document filed electronically*<br><br>ORDER GRANTING THE *PRO HAC VICE* ADMISSION OF STEVEN M. HARTMANN AND ELIZABETH L. JANCZAK ON BEHALF OF PLAINTIFFS |

1

THIS MATTER, having been brought to the Court by Cole Schotz P.C., attorneys for plaintiffs, Transamerica Life Insurance Company and Transamerica Premier Life Insurance Company ("Plaintiffs"), by motion pursuant to L. CIV. R. 101.1 seeking the *pro hac vice* admission of Steven M. Hartmann and Elizabeth L. Janczak in this matter on behalf of Plaintiffs; and the Court having considered the papers filed in support of the motion, which reflect that Steven M. Hartmann and Elizabeth L. Janczak satisfy the requirements set forth in L. CIV. R. 101.1(c)(1); and for good cause shown;

IT IS on this 23 day of January, 2019.

**ORDERED** that the motion for the *pro hac vice* admission of Steven M. Hartmann and Elizabeth L. Janczak is granted; and it is further

**ORDERED** that Steven M. Hartmann and Elizabeth L. Janczak shall abide by all of the rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

**ORDERED** Steven M. Hartmann and Elizabeth L. Janczak consent to the jurisdiction of this Court for any disciplinary proceeding arising from their conduct in this matter; and it is further

**ORDERED** that Cole Schotz P.C. shall: (a) be attorneys of record in this case in accordance with L. CIV. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Plaintiffs; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) enter appearances for parties; and (e) be responsible for the conduct of the cause and Steven M. Hartmann and Elizabeth L. Janczak and it is further

**ORDERED** Steven M. Hartmann and Elizabeth L. Janczak each shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each year they represent Plaintiffs in this action, as well as a payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with L. CIV. R. 101.1(c)(3); and it is further

**ORDERED** that counsel for Plaintiffs shall serve a copy of this Order on all counsel who will not receive it electronically within five (5) days of receipt of this Order.

*s/Cathy L. Waldor*

_____
HONORABLE CATHY L. WALDOR, U.S.M.J.