**Cole Schotz P.C.**
A Professional Corporation
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-800
(201) 489-3000
(201) 489-1536/Fax

**Freeborn & Peters LLP**
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
(312) 360-6520/Fax
*Attorneys for Plaintiff/Counterclaim Defendant, Transamerica Life Insurance Company*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>      Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DAIBES GAS HOLDINGS ATLANTA, L.L.C., REB OIL OF ALABAMA, LLC, FRED A. DAIBES, 1096-1100 RIVER ROAD ASSOCIATES, L.L.C., LYNDHURST RESIDENTIAL COMMUNITIES, LLC, and PORTSIDE GORGE ASSOCIATES, L.L.C.,<br><br>      Defendants/Counterclaim Plaintiffs. | Civil Action No. 2:18-cv-10869(SRC)(CLW)<br><br><u>Civil Action</u><br><br>*Document filed electronically*<br><br>**NOTICE OF WITHDRAWAL OF ELIZABETH L. JANCZAK, ESQ. AS COUNSEL FOR PLAINTIFF** |

**PLEASE TAKE NOTICE** that Elizabeth L. Janczak, Esq. of Freeborn & Peters, LLP hereby withdraws her *pro hac vice* appearance as counsel for plaintiff/counterclaim defendant, Transamerica Life Insurance Company ("*Plaintiff*"), as she is no longer working on this matter and has not worked on this file since before January 31, 2020. Plaintiff will continue to be

2

represented by the remaining counsel of record, including, without limitation, Steven M. Hartmann, Esq.

Respectfully Submitted,

| **FREEBORN & PETERS LLP** | **COLE SCHOTZ P.C.** |
| *Attorneys for Plaintiff/Counterclaim Defendant* | *Attorneys for Plaintiff/Counterclaim Defendant* |

By: */s/ Steven M. Hartmann*
   Steven M. Hartmann, Esq.
   Elizabeth L. Janczak, Esq.
   311 South Wacker Dr., Suite 3000
   Chicago, Illinois 60606-6677
   Tel: (312)-360-6000
   shartmann@freeborn.com
   ejanczak@freeborn.com

By: */s/ Steven R. Klein*
   Steven R. Klein, Esq.
   Elizabeth A. Carbone, Esq.
   25 Main Street, P.O. Box 800
   Hackensack, New Jersey 07602-800
   Tel: (201) 489-3000
   sklein@coleschotz.com
   ecarbone@coleschotz.com

**DATED:** May 28, 2021