**Cole Schotz P.C.**
A Professional Corporation
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, New Jersey 07602-800
(201) 489-3000
(201) 489-1536/Fax

**Freeborn & Peters LLP**
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
(312) 360-6520/Fax
*Attorneys for Plaintiff/Counterclaim Defendant, Transamerica Life Insurance Company*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>DAIBES GAS HOLDINGS ATLANTA, L.L.C., REB OIL OF ALABAMA, LLC, FRED A. DAIBES, 1096-1100 RIVER ROAD ASSOCIATES, L.L.C., LYNDHURST RESIDENTIAL COMMUNITIES, LLC, and PORTSIDE GORGE ASSOCIATES, L.L.C.,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 2:18-cv-10869(SRC)(CLW)<br><br><u>Civil Action</u><br><br>*Document filed electronically*<br><br>**NOTICE OF WITHDRAWAL OF ELIZABETH L. JANCZAK, ESQ. AS COUNSEL FOR PLAINTIFF** |

**PLEASE TAKE NOTICE** that Elizabeth L. Janczak, Esq. of Freeborn & Peters, LLP hereby withdraws her *pro hac vice* appearance as counsel for plaintiff/counterclaim defendant, Transamerica Life Insurance Company ("*Plaintiff*"), as she is no longer working on this matter and has not worked on this file since before January 31, 2020. Plaintiff will continue to be

represented by the remaining counsel of record, including, without limitation, Steven M. Hartmann, Esq.

Respectfully Submitted,

| | |
|---|---|
| **FREEBORN & PETERS LLP** <br> *Attorneys for Plaintiff/Counterclaim Defendant* | **COLE SCHOTZ P.C.** <br> *Attorneys for Plaintiff/Counterclaim Defendant* |
| By:   */s/ Steven M. Hartmann* <br>     Steven M. Hartmann, Esq. <br>     Elizabeth L. Janczak, Esq. <br>     311 South Wacker Dr., Suite 3000 <br>     Chicago, Illinois 60606-6677 <br>     Tel: (312)-360-6000 <br>     shartmann@freeborn.com <br>     ejanczak@freeborn.com | By:   */s/ Steven R. Klein* <br>     Steven R. Klein, Esq. <br>     Elizabeth A. Carbone, Esq. <br>     25 Main Street, P.O. Box 800 <br>     Hackensack, New Jersey 07602-800 <br>     Tel: (201) 489-3000 <br>     sklein@coleschotz.com <br>     ecarbone@coleschotz.com |

**DATED:** May 28, 2021

 

**SO ORDERED.**

**s/ Cathy L. Waldor**
**Hon. Cathy L. Waldor, U.S.M.J.**

**Date: June 1, 2021**