UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | Civil Action No. 18-10869 (SRC) |
| Plaintiff, | ORDER |
| v. |  |
| DAIBES GAS HOLDINGS ATLANTA, L.L.C. et al., |  |
| Defendants. |  |

**CHESLER, District Judge**

This matter having come before the Court on two motions for awards of attorney's fees and costs by Plaintiff Transamerica Life Insurance Company ("TLI"); and the Court having referred the motions to a Special Master, pursuant to Federal Rule of Civil Procedure 53; and the Special Master having issued a Report and Recommendation ("R&R"); and no objections to the R&R having been filed, nor requests for a hearing; and the Court having reviewed the Master's findings of fact and conclusions of law *de novo*;

**IT IS** on this 14th day of March, 2022

**ORDERED** that the Report and Recommendation of the Special Master (Docket Entry No. 101) is **ADOPTED** as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion for fees and expenses (Docket Entry No. 84) is **GRANTED** in part and **DENIED** in part, and Plaintiff is awarded attorney's fees totaling $1,258,836.50 and expenses totaling $318,083.67; and it is further

1

**ORDERED** that Plaintiff's motion for costs (Docket Entry No. 85) is **GRANTED**, and Plaintiff is awarded costs totaling $16,483.86.

s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J